# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MARTIN GRAJEDA,** | ) NO. SACV 18-107-SJO (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| **JOSE GASTELO,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 9/25/18

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE